U.S. DISTRICT JUDGE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOLLY A. MCWHORTER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendants. | No. C16-1209-RSL<br><br>[PROPOSED] ORDER GRANTING ATTORNEY FEES PURSUANT TO EAJA |

IT IS HEREBY ORDERED that Plaintiff is awarded $8,285.24 in attorney fees pursuant to the Equal Access to Justice Act [EAJA], 28. U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed2d 91 (2010), payment of this award shall be made to Plaintiff's attorney Schroeter, Goldmark & Bender.

DONE this 28st day of July, 2017.

*/s/ Robert S. Lasnik*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
ATTORNEY FEES PURSUANT TO EAJA– 1
(C16-1209-RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

P:\111116500\FEDERAL COURT FILING\McWhorter_Molly - WR - SSI - 7-29-16 - MORRIS\Proposed Order Stipulated Motion re EAJA Fees.docx